UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **ANITA LARSON**, <br><br> Plaintiff, <br><br> v. <br><br> **TRANS UNION LLC**, a foreign limited liability company, **EQUIFAX INFORMATION SERVICES LLC**, a foreign limited liability company, **AMERIQUEST MORTGAGE COMPANY**, a foreign corporation, and **LITTON LOAN SERVICING LP**, a foreign limited partnership, <br><br> Defendants. | Case No. 3:08-cv-05534BHS <br><br> **ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF PRETRIAL DEADLINES** |

The Court, having considered the plaintiff's unopposed motion and submissions, hereby orders that plaintiff's motion for extension of pretrial deadlines is granted as follows:

Plaintiff requests the following new deadlines:

Discovery completed by 5/19/2010

Dispositive motions due by 7/17/2010

Settlement conference to be held by 7/19/2010

Page 1 -  **ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF PRETRIAL DEADLINES**

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)

LR 39.1 mediation to be completed by 8/8/2010

LR 39.1 Settlement Report due by 8/19/2010

Motions in Limine due by 8/19/2010

Pretrial Order due by 8/26/2010

Proposed voir dire/jury instructions due by 8/27/2010

Trial briefs to be submitted by 8/27/2010

Pretrial conference set for 9/13/2010 at 10:00 a.m.

5-day Jury Trial set for 9/21/2010 at 9:00 a.m.

DATED this 25th day of January, 2010.

_____
BENJAMIN H. SETTLE
US District Court Judge

Prepared and submitted by:
Justin M. Baxter, WSBA ID 39182
justin@baxterlaw.com
BAXTER & BAXTER, LLP
8835 SW Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172 (Facsimile)
Attorneys for plaintiff

Page 2 -   **ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF PRETRIAL DEADLINES**

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)